UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14046-CR-Moore

UNITED STATES OF AMERICA,

v.

VENUS HOLLOMAN,

Defendant.
_____/

FILED by ___ D.C.

MAR 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, VENUS HOLLOMAN, appeared before the Court on March 21, 2018, for an initial appearance on the Superseding Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 304]. Defendant was originally convicted in the Southern District of Florida for one count of Conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, and for 11 counts of mail fraud in violation of 18 § U.S.C. § 1341. On February 25, 2013, United States District Judge K. Michael Moore sentenced Defendant to 20 months imprisonment and three years of supervised release, along with special conditions of supervised release. Defendant's term of supervised release commenced on March 2, 2015.

The Superseding Petition was filed on March 19, 2018. [DE 304]. Defendant is now charged in the superseding petition with the following violations of her supervised release:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about January 8, and 19, 2018, the defendant submitted a urine test, which tested positive for the presence of marijuana in the local laboratory, which was

1

subsequently confirmed positive by Alere Toxicology Services.

2. **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On or about January February 26, 2018, the defendant submitted a urine test, which tested positive for the presence of marijuana in the local laboratory, which was subsequently confirmed positive by Alere Toxicology Services.

## II.   Summary of Hearing

At the March 21, 2018 hearing, upon questioning by the Court, Defendant stated that she was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against her, her right to contest the allegations, her right to appear at the hearing and present evidence, and her right to question adverse witnesses. After being advised of those rights, Defendant stated that she waived her right to a final revocation hearing.

Additionally, after being advised of her rights and the maximum penalties she is facing, Defendant admitted to allegations #1-2 in the Petition. The Court finds that Defendant made her waiver and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to allegations #1-2, and its review of the record, the Court finds by a preponderance of the evidence that Defendant committed allegations #1-2 as alleged in the Petition [DE 304].

## III.   Recommendation

For the foregoing reasons, it is respectfully recommended that Chief United States District Judge K. Michael Moore find that Defendant has violated the terms and conditions of supervised release as to both allegations alleged in the Petition. It is further recommended that the matter be scheduled for sentencing before the Honorable Chief United States District Judge K. Michael

Moore.

A party shall file written objections, if any, to this Report and Recommendation with Chief United States District Judge K. Michael Moore within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

**RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 21st day March, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE