UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-14046-cr-Moore

UNITED STATES OF AMERICA,

v.

VENUS HOLLOMAN,

Defendant.
_____/



FILED by _____ D.C.

JUL 05 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, VENUS HOLLOMAN, appeared before the Court on July 3, 2018, for a final hearing on the Petition for Warrant for Offender under Supervision ("Petition") [DE 314]. Defendant was originally convicted in the Southern District of Florida of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349 (Count 1), a class C felony, and mail fraud, in violation of 18 U.S.C. § 1341 (Counts 4, 6, 8, 9, 12, 14, 15, 17, 21, and 23), a class C felony. On February 25, 2013, the Honorable K. Michael Moore, Chief United States District Judge, sentenced Defendant to 20 months in prison followed by three years of supervised release. One of the special conditions of Defendant's supervised release was that she was required to participate in an approved inpatient/outpatient mental health treatment program. Defendant's term of supervised release commenced on March 2, 2015.

On September 1, 2015, the Court was notified that Defendant had been issued a criminal traffic citation. No action was taken. On November 19, 2015, the Court was notified that Defendant had tested positive for marijuana use. No action was taken. On January 8, 2018, the

1

court was notified that Defendant had tested positive for marijuana use and failed to satisfy her restitution. No action was taken. On April 12, 2018, Defendant's supervision was revoked due to her continued drug use. She was sentenced to time served, followed by a 24-month term of supervised release.

Defendant is now charged with the following violations of her supervised release in the Petition [DE 314]:

1. **Violation of Special Condition**, by failing to participate in an approved mental health treatment program. According to the Petition, on May 23, 2018, Defendant was unsuccessfully discharged by psychiatrist Dr. Donna Rush-Newman from the Dolan Mental Health treatment program.

2. **Violation of Standard Condition**, by failing to report to the probation officer as directed. According to the Petition, on April 17, 2018, Defendant was instructed to submit to drug testing, and, on April 18, 2018, she failed to comply.

3. **Violation of Standard Condition**, by failing to report to the probation officer as directed. According to the Petition, on May 14, 2018, Defendant was instructed to submit to drug testing, and, on May 14 and 15, 2018, she failed to comply.

## II. Summary of Hearing

At the July 3, 2018 hearing, upon questioning by the Court, Defendant stated that she was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against her, her right to contest the allegations, her right to appear at the hearing and present evidence, and her right to question adverse witnesses. After being advised of those rights, Defendant stated that she waived her right to a final revocation hearing.

Additionally, after being advised of her rights and the maximum penalties she is facing, Defendant admitted that the Government has sufficient evidence to support the allegations in the Petition by a preponderance of the evidence. The Court finds that Defendant made the waivers and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to allegations #1-3, and the Court's independent review of the record, the Court finds by a preponderance of the evidence that Defendant committed allegations #1-3 as alleged in the Petition [DE 314].

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that Chief United States District Judge K. Michael Moore find that Defendant has violated the terms and conditions of supervised release in allegations #1-3 in the Petition. It is also recommended that this matter be set down for sentencing on violations #1-3 before Chief United States District Judge K. Michael Moore.

A party shall file written objections, if any, to this Report and Recommendation with Chief United States District Judge K. Michael Moore within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 5th day of July, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE